```
JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST.  SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ANGELA BRADLEY, AKA ANGELA GALLOWAY,<br><br>           Defendant | No. CV A 08-0489<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Angela Bradley, aka Angela Galloway, in the principal amount of $2,500.00 plus interest accrued to March 12, 2008, in the sum of $1,934.27; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$4,434.27**.

DATED: April 10, 2008    By: SHERRI R. CARTER
                                         Clerk of the Court


                                    /s/K.Phillips for Sharon McGee-Traylor
                                           Deputy Clerk
                                  United States District Court